United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Michael Bahrami, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-23500-Civ-Scola |
| | ) |
| Home Depot U.S.A., Inc. and | ) |
| Louisville Ladder, Inc., Defendants. | ) |

### Order Granting Motion to Withdraw

Plaintiff Michael Bahrami's counsel, Michael W. Wallace of the Law Offices of Robert J. Fenstersheib & Associates, P.A., has asked to withdraw as Mr. Bahrami's attorney in this action because "irreconcilable differences" have "made further representation untenable." (Mot. to Withdraw, ECF No. 23.) A lawyer who determines that withdrawing from representing a client is appropriate often feels conflicted between her ethical duty to maintain client confidences and her need to explain to a court that withdrawal is justified (or even required) in the case. To deal with this, our legal system has developed the term *irreconcilable differences* as a euphemism to mean that the lawyer can no longer ethically and fairly represent the client. *See, e.g.*, *Horan v. O'Connor*, 832 So. 2d 193, 193 (Fla. 4th DCA 2002). Courts have accepted this practice. *Id.* at 194.

After considering the motion, the record, and the relevant legal authorities, the Court **grants** the amended motion (**ECF No. 23**). The Court **further orders** that:

1. Attorney Michael W. Wallace of the Law Offices of Robert J. Fenstersheib & Associates, P.A., has shown good cause to withdraw. This attorney is **discharged** as counsel of record in this case for Plaintiff Michael Bahrami.

2. By **April 20, 2018**, Mr. Bahrami must either (a) retain new counsel and have that counsel file a Notice of Appearance with the Court by that date, or (b) file a Notice with the Court stating that he wishes to represent herself (i.e., proceed *pro se*). Mr. Bahrami's failure to do either (a) or (b) by that date may result in his case being dismissed for failing to follow Court orders or failing to prosecute.

3. Until Mr. Bahrami retains an attorney, all future filings, correspondence, and orders must be sent to the following address:

    Michael Bahrami
    19422 38th Court

      Sunny Isles, FL 33160

4. The Court **directs** the Clerk to update the docket to reflect the pro se status of Mr. Bahrami and to link the above address with this party to ensure that the Clerk's Office will mail copies of future filings, correspondence, and orders to Mr. Bahrami.

**Done and ordered** at Miami, Florida on April 10, 2018.

                                        Robert N. Scola, Jr.
                                        United States District Judge

*Copy to*:
Michael Bahrami
19422 38th Court
Sunny Isles, FL 33160